1070

*In the Matter of the Marriage of* JILL SCHLINDWEIN, *Respondent,* and ROBERT A. SCHLINDWEIN, *Appellant.*

Appeal from judgments of the Superior Court for Skagit County, No. 91-3-00455-9, John M. Meyer, J., and David R. Needy, J. Pro Tem., entered May 15, June 21, and July 28, 2000. *Reversed* by unpublished per curiam opinion.

PAUL GARRETT, ET AL., *Respondents,* v. WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, *Respondent,* BIRCHWOOD NEIGHBORHOOD ASSOCIATION, ET AL., *Appellants,* WHATCOM COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-00498-9, David A. Nichols, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J.

THE STATE OF WASHINGTON, *Respondent,* v. NATHANIEL E. TILTON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-8-00223-6, Alfred L. Heydrich, J. Pro Tem., entered August 23, 2000. *Affirmed* by unpublished per curiam opinion. Now published at 111 Wn. App. 423.

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS GEORGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-06482-4, Philip G. Hubbard, Jr., J., entered August 31, 2000. *Affirmed* by unpublished per curiam opinion.